UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAXXAM PARTNERS, LLC, a Delaware limited liability company, and GLENWOOD ACADEMY, an Illinois not-for-profit corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>COUNTY OF KANE, KANE COUNTY ZONING BOARD OF APPEALS, and KANE COUNTY BOARD,<br><br>              Defendants. | Case No. 17 C 5707<br><br>Hon. Jorge L. Alonso<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF JOINT MOTION

PLEASE TAKE NOTICE that on, October 31, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jorge L. Alonso, in Courtroom 1219 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, to present the **Joint Motion for Entry of Agreed Confidentiality Order**, a copy of which was served upon you via the CM/ECF system.

| | |
|---|---|
| Dated: October 24, 2017 | Respectfully Submitted, |
| /s/ Christopher D. Liguori<br><br>Caesar A. Tabet<br>Christopher D. Liguori<br>Brian C. Haussmann<br>Jordan E. Wilkow<br>TABET DIVITO & ROTHSTEIN LLC<br>209 S. LaSalle St., 7th Floor<br>Chicago, IL 60604<br>(312) 762-9450<br>ctabet@tdrlawfirm.com<br>cliguori@tdrlawfirm.com<br>bhaussmann@tdrlawfirm.com<br>jwilkow@tdrlawfirm.com<br><br>*Attorneys for Maxxam Partners, LLC* | /s/ Michael D. Bersani<br><br>Michael D. Bersani<br>Yordana Wysocki<br>Tara M. Grimm<br>HERVAS, CONDON & BERSANI, P.C.<br>333 W. Pierce Road, Suite 195<br>Itasca, IL 60143-3156<br>(630) 773-4774<br>mbersani@hcbattorneys.com<br>ywysocki@hcbattorneys.com<br>tgrimm@hcbattorneys.com<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| /s/ Samuel Mendenhall<br><br>Samuel Mendenhall<br>Anthony DeMarco Pesce<br>Adrianne K. Rosenbluth<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600<br>smendenh@winston.com<br>apesce@winston.com<br>arosenbluth@winston.com<br><br>*Attorneys for Glenwood Academy* | |

# CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing **Joint Motion for Entry of Agreed Confidentiality Order** with the Clerk of the Court using the CM/ECF system. Counsel of record for all parties will be served by the CM/ECF system.

DATED: October 24, 2017

/s/ Christopher D. Liguori

|  |
|---|
| Caesar A. Tabet<br>Christopher D. Liguori<br>Brian C. Haussmann<br>Jordan E. Wilkow<br>TABET DIVITO & ROTHSTEIN LLC<br>209 S. LaSalle St., 7th Floor<br>Chicago, IL 60604<br>(312) 762-9450<br>ctabet@tdrlawfirm.com<br>cliguori@tdrlawfirm.com<br>bhaussmann@tdrlawfirm.com<br>jwilkow@tdrlawfirm.com<br><br>*Attorneys for Maxxam Partners, LLC* |