# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAXXAM PARTNERS, LLC, a Delaware limited liability company, and GLENWOOD ACADEMY, an Illinois not-for-profit corporation, )<br><br>Plaintiffs, )<br><br>v. )<br><br>COUNTY OF KANE, KANE COUNTY ZONING BOARD OF APPEALS, and KANE COUNTY BOARD, )<br><br>Defendants. ) | No. 1:17-cv-05707<br><br>Magistrate Judge Sheila Finnegan |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, August 16, 2018, at 9:45 a.m.,** or as soon thereafter as I may be heard, I shall appear before the Honorable Sheila Finnegan or any judge sitting in her stead in Courtroom 2214 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE PURSUANT TO PROPOSED SETTLEMENT AGREEMENT**.

Dated: August 8, 2018

Caesar A. Tabet
Christopher D. Liguori
Brian C. Haussmann
Jordan E. Wilkow
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
(312) 762-9450
ctabet@tdrlawfirm.com
cliguori@tdrlawfirm.com
bhaussmann@tdrlawfirm.com
jwilkow@tdrlawfirm.com

Respectfully Submitted,

**MAXXAM PARTNERS, LLC**

By: /s/ Christopher D. Liguori
      One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2018 I electronically filed the foregoing **Notice of Motion and Motion for Approval and Entry of Consent Decree Pursuant to Proposed Settlement Agreement** with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Christopher D. Liguori