# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAXXAM PARTNERS, LLC, a Delaware limited liability company, and GLENWOOD ACADEMY, an Illinois not-for-profit corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF KANE, KANE COUNTY ZONING BOARD OF APPEALS, and KANE COUNTY BOARD,<br><br>        Defendants. | Case No. 17 C 5707<br><br>Hon. Jorge L. Alonso<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STRIKE NON-PARTY FOX RIVER & COUNTRYSIDE FIRE/RESCUE DISTRICT'S ANSWER AND APPEARANCE

Plaintiffs Maxxam Partners, LLC ("Maxxam") and Glenwood Academy ("Glenwood"), and Defendants County of Kane, Kane County Zoning Board of Appeals, and Kane County Board ("Kane County") (collectively, "the Parties"), by and through their attorneys and pursuant to Local Rule 5.6 of United States District Court for the Northern District of Illinois, move to strike non-party Fox River & Countryside Fire/Rescue District's ("Fire District") Answer to Complaint (Dkt. #89) and Appearance (Dkt. #92). In further support of their Motion to Strike, the Parties state as follows:

1.     On August 28, 2018, the Fire District moved to intervene in this litigation. The Fire District's motion, which the Parties oppose because, among other things, it is untimely and prejudicial, is currently pending before this Court.

2.     In addition, on that same date, the Fire District filed an Answer to the Complaint ("Answer"). (Dkt. #89.) On September 6, 2018, the Fire District's attorney, Kenneth Shepro, filed

an Appearance. (Dkt. #92.) The Fire District did not obtain prior leave of Court to file either document.

3. Under Local Rule 5.6, the only document a nonparty may file without prior approval is a motion to intervene under Fed R. Civ. P. 24. Local Rule 5. 6 provides:

> No pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Absent such an order, the clerk shall not accept any document tendered by a person who is not a party. Should any such document be accepted inadvertently or by mistake in the absence of such an order, it may be stricken by the court on its own motion and without notice.

L.R. 5.6.

4. Because the Fire District did not obtain prior leave of this Court to file either its Answer or its Appearance, both documents should be stricken. *See Rubin v. Islamic Republic of Iran*, No. 03 C 9370, 2008 WL 2531197, at *1-2 (N.D. Ill. June 25, 2008) (granting motion to strike motion to dismiss and appearance filed by nonparty who did not obtain prior court approval and admonishing counsel that "[o]nly those documents authorized by the rules may be filed"); *Hines v. Sav-A-Lot/Supervalu, Inc.*, No. 06 CV 490, 2007 WL 1317132, at *2 (N.D. Ill. May 3, 2007) (striking documents filed by nonparty without prior approval because under the local rules "non-parties are not permitted to file documents without prior leave of court.").

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant their motion to strike the Fire District's Answer and Appearance.

Dated: September 10, 2018                    Respectfully Submitted,

/s/ Christopher D. Liguori                    /s/ Michael D. Bersani

Caesar A. Tabet                               Michael D. Bersani
Christopher D. Liguori                        Yordana Wysocki
Brian C. Haussmann                            Tara M. Grimm
Jordan E. Wilkow                              HERVAS, CONDON & BERSANI, P.C.
TABET DIVITO & ROTHSTEIN LLC                  333 W. Pierce Road, Suite 195
209 S. LaSalle St., 7th Floor                 Itasca, IL 60143-3156
Chicago, IL 60604                             (630) 773-4774
(312) 762-9450                                mbersani@hcbattorneys.com
ctabet@tdrlawfirm.com                         ywysocki@hcbattorneys.com
cliguori@tdrlawfirm.com                       tgrimm@hcbattorneys.com
bhaussmann@tdrlawfirm.com
jwilkow@tdrlawfirm.com                        *Attorneys for Defendants*

*Attorneys for Maxxam Partners, LLC*

  /s/ Samuel Mendenhall

Samuel Mendenhall
Anthony DeMarco Pesce
Adrianne K. Rosenbluth
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
smendenh@winston.com
apesce@winston.com
arosenbluth@winston.com

*Attorneys for Glenwood Academy*